FILED

12/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0560

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0560

_____

LAURA MARIE OBERT,

  Plaintiff and Appellant,

 v.

STATE OF MONTANA, and CORY SWANSON,
Broadwater County Attorney,

               O R D E R

  Defendants and Appellees,

 and

MARTIN LAMBERT,

  Defendant.

_____

Pursuant to the Parties' stipulation for dismissal of Appellee Martin Lambert and good cause appearing,

IT IS HEREBY ORDERED that Martin Lambert is dismissed as an Appellee, and this case is now captioned as above.

The Clerk is directed to provide a copy of this Order to Martin Lambert and all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2023